IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT JACKSON

HUNTER HOLLINGSWORTH
    PLAINTIFF

VS.                                                                           C.A. _____

TENNESSEE WILDLIFE RESOURCES AGENCY,
KEVIN HOOFMAN,
UNITED STATES FISH AND WILDLIFE SERVICE,
KYLE LOCKE,
    DEFENDANTS

## COMPLAINT

1. This action is brought pursuant to Tennessee Code Annotated 39-14-405, Tennessee Code Annotated 39-14-406, Tennessee Constitution Article 1 Section §7, United States Constitution Amendment 4, 42USC§1983, and the common law of Tennessee.

2. The Plaintiff is a resident citizen of Benton County, residing at 800 Beaverdam Road, Camden, Tennessee.

3. The Defendant Tennessee Wildlife Resources Agency is a governmental agency for the State of Tennessee, maintaining its headquarters at the Ellington Agricultural Center in Nashville, and service of process may be had upon its director.

4. Defendant Kevin Hoofman may be served at the West Tennessee Regional Office at 200 Lowell Thomas Drive, Jackson, Tennessee.

5. Defendant United States Fish and Wildlife Service may be served on Greg Sheehan, Acting Director, at U.S. Fish & Wildlife Service, 1849 C Street NW, Washington DC.

6. Defendant Kyle Locke may be served at the US Fish and Wildlife Service Region 4 office at 1875 Century Boulevard NE, Atlanta, Georgia 30345.